# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1573

Jason Stockley

Appellant

v.

Jennifer M. Joyce, in her individual and official capacity as former Circuit Attorney for the City of St. Louis, Missouri, et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:18-cv-00873-CAS)

---

**MANDATE**

In accordance with the opinion and judgment of 06/29/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 18, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit